IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
CHASE TYLER WHITSON,          )
                              )
          Plaintiff,          )      4:12CV3173
                              )
     v.                       )
                              )
CAROLYN W. COLVIN, Acting     )      ORDER
Commissioner of the Social    )
Security Administration,      )
                              )
          Defendant.          )
_____)
```

This matter is before the Court on defendant's third motion to extend time to respond to plaintiff's brief (Filing No. 23). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; defendant shall have until March 11, 2013, to file his brief. Plaintiff shall have until March 29, 2013, to file a reply brief.

DATED this 4th day of March, 2013.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                              LYLE E. STROM, Senior Judge
                              United States District Court